**MILLER & SHAH, LLP**
Kolin Tang (SBN 279834)
Email: kctang@millershah.com
19712 MacArthur Boulevard
Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTEWAN FARAGALLA, JOHN L. URBAN, RITESH PATEL, and WILLIAM CRAVENS On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TESLA INC., d/b/a TESLA MOTORS, INC., <br><br> Defendant. | CASE NO. 5:20-cv-01025-JGB-SHK <br><br> **PLAINTIFFS' NOTICE OF SETTLEMENT** |

PLAINTIFFS' NOTICE OF SETTLEMENT
5:20-CV-01025-JGB-SHK

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Entewan Faragalla, John L. Urban, Ritesh Patel, and Williams Cravens (collectively, "Plaintiffs"), have agreed in principle to settle this matter on an individual basis with Defendant, Tesla Inc., d/b/a Tesla Motors, Inc. ("Defendant"), and the parties are currently preparing the documents for that agreement and will file a Stipulation of Dismissal at the conclusion of that process. Accordingly, Plaintiffs will not be filing an opposition to the Motion to Dismiss Second Amended Class Action Complaint ("Motion to Dismiss") filed by Defendant (ECF No. 58), which is currently due on February 14, 2022 pursuant to the parties' stipulation (ECF No. 61), this Court's order dated January 25, 2022 (ECF No. 62), and Local Rule 7-9. Plaintiffs submit this Notice to avoid any confusion about the timeliness of their response to Defendant's Motion to Dismiss.

Dated:   February 14, 2022        Respectfully submitted,

By: /s/ *Kolin Tang*
Kolin Tang
MILLER SHAH, LLP
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

James C. Shah
MILLER SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com

John F. Edgar (to be admitted *pro hac vice*)
EDGAR LAW FIRM LLC
2600 Grand Blvd., Ste. 440
Kansas City, MO 64108
Telephone: (816) 531-0033

Facsimile: (816) 531-3322
Email: jfe@edgarlawfirm.com

Michael D. Donovan (admitted *pro hac vice*)
DONOVAN LITIGATION GROUP, LLC
1885 Swedesford Road
Malvern, PA 19355
Telephone: (610) 647-6067
Email: mdonovan@donovanlitigationgroup.com

*Attorneys for Plaintiff and the Proposed Classes*